In the Matter of the Petition of the Lockport and Buffalo Railway Company for the Appointment of Commissioners to settle the Points of Crossing the Tracks of the Niagara Bridge and Canandaigua Railroad Company.

In the Matter of the Same Petitioner as to Crossing the Tracks of the New York Central and Hudson River Railroad Company and the Buffalo and Niagara Falls Railroad Company.

These cases were argued and decided with *In re L. and B. R. R. Co.* (*ante* p. 557.)